IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILLY J. BRAKE, JR., | ) |
| *Plaintiff*, | ) ) ) |
| | ) No. 3:07-0258 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| *Defendant*. | ) |

## ORDER

Pending before the Court is Plaintiff Billy Brake, Jr.'s ("Plaintiff") Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 17). Defendant Commissioner of Social Security filed a response (Doc. No. 25). Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied (Doc. No. 27). The Report was filed on June 10, 2010, and Plaintiff has filed no objections to the Report.

The Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion.

It is so ORDERED.

Entered this 9 day of July, 2010.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT